**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:
JESSIE CONSUELO MITCHELL

CHAPTER 13

CASE NO.:  18-05594-dd

DEBTOR

**ORDER**

This matter is before the court on the objection of the trustee to a claim in the amount of $12,503.07 filed in the above-entitled case on November 06, 2018 by:

CAVALRY SPV I LLC                                               (0013)
500 SUMMIT LAKE DR STE 400
VALHALLA, NY  10595

This creditor has filed a claim in which the last action on the debt is more than three years prior to the date of the filing of the petition, therefore enforcement of the debt underlying the claim is barred by S.C. Code Ann. §15-3-530(1) and collection in the bankruptcy is barred by 11 U.S.C. §502(b)(1).

IT IS ORDERED that this claim is disallowed.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**01/04/2019**



Entered: 01/07/2019

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina